# JacksonLewis

JACKSON LEWIS P.C.
666 THIRD AVENUE
29TH FLOOR
NEW YORK, NY 10017
TEL 212-545-4000
FAX 212-972-3213
JACKSONLEWIS.COM

MY DIRECT DIAL IS: (212) 545-4073
MY EMAIL ADDRESS IS: MELLKW@JACKSONLEWIS.COM

March 28, 2022

**VIA ECF**
Hon. Steven I. Lock, U.S.M.J.
100 Federal Plaza
Central Islip, NY 11722-9014
Courtroom 820

                        Re:     **Nitzan Bradin v. CoAdvantage Resources, Inc., et al.**
                                **Case No.: 21-CV-05331**

Dear Judge Locke:

      This Firm represents Defendants in connection with the above-referenced matter. Pursuant to Your Honor's Order dated March 14. 2022, the parties were required to confer and select a mediator by March 28, 2022. We are pleased to report the parties have conferred and selected Giulio Zanolla, who has agreed to serve as the mediator for this matter. We are currently conferring on available dates and hope to have the mediation scheduled soon.

                                                            Respectfully submitted,

                                                            JACKSON LEWIS P.C.

                                                            */s/ Wendy J. Mellk*

                                                            Wendy J. Mellk

cc:     all counsel (via ECF)