UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NITZAN BRADIN,

                      Plaintiff,                **AMENDED**
                                                                  **SCHEDULING ORDER**
           -against-                                CV 21-5331 (GRB) (SIL)

CoADVANTAGE RESOURCES INC. et al,

                      Defendant(s).
----------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

**DEADLINES & COURT APPEARANCES**

  6/30/22      **:**      Responses to first interrogatories and document demands

  8/31/22      **:**      Completion of depositions

  9/9/22      **:**      Identification of case-in-chief experts and service of Rule 26 disclosures

  10/14/22      **:**      Identification of rebuttal experts and service of Rule 26 disclosures

  12/9/22      **:**      Commencement of summary judgment motion practice.  Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements.  Parties are required to consult the individual rules of the district judge regarding motion practice.

**1/4/23 at 10:00 am:**      Tele-Pretrial conference.  If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference.

      **This scheduling order will be modified by the Court only upon a timely showing of good cause.  Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

      Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules.  Motions that do not comply with all requirements will be returned to the movant.  Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York       **SO ORDERED:**
       June 13, 2022

                                      s/ Steven I. Locke
                                     STEVEN I. LOCKE
                                     United States Magistrate Judge